IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

COREY ALAN BENNETT )
 )
v. ) NO. 3-15-0617
 ) JUDGE CAMPBELL
OFFICER JAVIN GRIFFIN, et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 83), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for an Order Transferring Him to DeBerry Special Needs Facility (Docket No. 79) is DENIED, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any other pending Motions are denied as moot. The Court also recommends that the State carry out the examination outlined in its Response (Docket No. 82).

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. Any appeal of this Order would not be certified as taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE